Patrick F. Bright (State Bar No. 68709)
**WAGNER, ANDERSON & BRIGHT PC**
3541 Ocean View Boulevard
Glendale, California 91208
Telephone: (818) 249-9300
Facsimile: (818) 249-9335
E-Mail: pbright@brightpatentlaw.com

*Attorneys for Plaintiff SmartMetric, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMARTMETRIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> MASTERCARD INTERNATIONAL INCORPORATED AND VISA INC., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. 11-CV-7126 MWF (AJWx) <br><br> DECLARATION OF EDWARD GUSSIN IN SUPPORT OF SMARTMETRIC INC.'S OPPOSITION TO DEFENDANTS' JOINT EX PARTE APPLICATION TO EXCLUDE THE REPORT AND DECLARATION OF PLAINTIFF'S EXPERT EDWARD GUSSIN FILED IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT OF U.S. PATENT 6,792,464 CLAIMS 1, 5-7, 11, AND 13, AND FOR DISMISSAL WITH PREJUDICE OF THE ANTICIPATION AFFIRMATIVE DEFENSE <br><br> Date: April 15, 2013 <br> Time: 10:00 a. m. <br> Place: 1600 Spring, Court of District Judge Michael W. Fitzgerald |

I, Edward L. Gussin, declare that:

1. I am a retained expert for Smartmetric, Inc. in the captioned case. I am the author of a report (the "report") dated March 1, 2013, on the infringement and validity issues in this case.

-1-   **MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

2. In late February, 2013, I received over 1.5 million pages that I am informed Defendants had produced in mid-February, 2013. After many hours reviewing these documents, I found among them VISA documents describing stand-in processing to which the VISA EMV system may direct a transaction that begins with insertion of an EMV data card in a system reader, an element called for in the claims of the '464 patent. These documents also included MasterCard documents describing similar stand-in processing, which also includes a financial institution table, called FIT, in their EMV system. None of the many non-confidential documents about the VISA and MasterCard EMV systems that I had reviewed as of the end of 2012, and as of mid-February, 2013, disclosed this important information. These documents produced in February, 2013, were essential and indispensable to my report.

3. My 3/1/ 2013 report in this case cites to, and relies on these documents in finding that the VISA and MasterCard EMV systems include all of the elements of claims 1 and 14 of the '464 patent.

4. Attached to this declaration as Exhibit 1 is a copy of two pages from the December, 2012, report of Dr. Grimes, a Defendant expert, identifying as document groups he reviewed, the VISA stand-in processing and MasterCard stand in processing I refer to in paragraph 2. above.

Executed under penalty of perjury under the laws of the United States of America at Agoura Hills, CA on March 15, 2013.

*Edward L. Gussin*
Edward L. Gussin

# Appendix C – Materials Considered

1. SmartMetric Inc.'s Complaint For Infringement of U.S. Patent No. 6,792,464 – August 29, 2011 [DI 1]
2. Visa Inc.'s Answer, Affirmative Defenses, and Counterclaims to SmartMetric Inc.'s Complaint – May 23, 2012 [DI 25]
3. SmartMetric Inc.'s Responses to Visa Inc.'s First Set of Interrogatories (1-15) – July 6, 2012
4. Claim Construction Order, *SmartMetric, Inc. v. Mastercard Int'l Inc., et al.*, CV-11-7126 MWF (FMOx), October 3, 2012 [DI 65]
5. Claim Construction Order, *SmartMetric, Inc. v. MasterCard Int'l Inc.*, CV10-1864-JHN (FMOx), May 18, 2011 [DI 53]
6. *SmartMetric, Inc. v. MasterCard Int'l Inc. et al.*, No. 2011-1497 (Fed. Cir. Apr. 11, 2012) [DI 65]
7. Visa Integrated Circuit Card Specification (VIS) – Version 1.5 – May 2009
8. Visa Smart Debit/Credit (VSDC) Issuer Implementation Guide for VIS Version 1.4.1 – Version 5.0 – Effective: October 2010
9. Visa Smart Debit/Credit System Technical Manual – Version 3.0 – December 9, 2009
10. Visa Security Guidelines – VSDC Applications – Version 1.0 – 1 March 2009
11. Visa Security Guidelines – Multi-Application Platforms – Version 1.0 – 1 March 2009
12. Visa Integrated Circuit Card – Application Overview – Version 1.4.0
13. Integrated Circuit Card Specification (VIS) 1.5 Updates List – Version 4 – March 2012
14. Transaction Acceptance Device Guide – Version 2.0 – Effective: March

2011

15. Transaction Acceptance Device Requirements – Version 1.0 – May 2009
16. Visa Contactless Payment Specification – Version 2.1 – May 2009
17. Visa Contactless Payment Specification (VCPS) 2.1 Updates List – Version 2 – August 2011
18. Visa Smart Debit and Credit (VSDC) Personalization Specification – Requirements for Common Personalization of VIS 1.5 and VCPS 2.1 Applications – Version 2.0 – September 2009
19. Visa Smart Debit and Credit (VSDC) Personalization Specification 2.0 Updates List – Version 1 – May 2012
20. Visa Smart Debit/Credit (VSDC) Acquirer Implementation Guide – Version 5.0 – Effective: June 2011