Patrick F. Bright (State Bar No. 68709)
**WAGNER, ANDERSON & BRIGHT PC**
3541 Ocean View Boulevard
Glendale, California 91208
Telephone: (818) 249-9300
Facsimile: (818) 249-9335
E-Mail: pbright@brightpatentlaw.com

*Attorneys for Plaintiff SmartMetric, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMARTMETRIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> MASTERCARD INTERNATIONAL INCORPORATED AND VISA INC., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. 11-CV-7126 MWF (AJWx) <br><br> SMARTMETRIC INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT OF U.S. PATENT 6,792,464 CLAIMS 1, 5-7, 11, AND 13, AND FOR DISMISSAL WITH PREJUDICE OF THE ANTICIPATION AFFIRMATIVE DEFENSE <br><br> Date: May 13, 2013 <br> Time: 10:00 a. m. <br> Place: Court of District Judge Fitzgerald |

Please take notice that Plaintiff Smartmetric, Inc. ("Plaintiff") will move this Court, on May 13, 2013, under Rule 56(a), Fed. R. Civ. P., for partial summary judgment that Defendants' EMV systems literally infringe claims 1, 5-7, 11 and 13 of Plaintiff's U. S. patent 6,792,464 (the "'464 Patent") in suit, and to dismiss with prejudice Defendants' affirmative defense of anticipation. The place/time of this motion is Judge Michael W. Fitzgerald's courtroom 1600 at 312 N. Spring Street, Los Angeles, CA 90012, at 10:00 a.m. The motion is based on Plaintiff's Notice of Motion and Motion, Plaintiff's Memorandum in support of the motion, Edward Gussin's declaration, Plaintiff's Statement of Uncontroverted Facts, Plaintiff's proposed order granting the motion, opposing and reply pleadings, if any, and such argument as this court may hear.

Dated: March 26, 2013

Respectfully submitted,

WAGNER, ANDERSON & BRIGHT, PC


By: *Patrick Bright*
Patrick F. Bright (SBN 68709)
3541 Ocean View, Blvd.
Glendale, California 91208
Telephone: (818) 249-9300
Facsimile: (818) 249-9335

Attorneys for Plaintiff

SMARTMETRIC INC.