Patrick F. Bright (State Bar No. 68709)
**WAGNER, ANDERSON & BRIGHT PC**
3541 Ocean View Boulevard
Glendale, California 91208
Telephone: (818) 249-9300
Facsimile: (818) 249-9335
E-Mail: pbright@brightpatentlaw.com

*Attorneys for Plaintiff SmartMetric, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMARTMETRIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> MASTERCARD INTERNATIONAL INCORPORATED AND VISA INC., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. 11-CV-7126 MWF (AJWx) <br><br> STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF PLAINTIFF SMARTMETRIC INC. MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT OF U.S. PATENT 6,792,464 CLAIMS 1, 5-7, 11, AND 13, AND FOR DISMISSAL WITH PREJUDICE OF THE ANTICIPATION AFFIRMATIVE DEFENSE <br><br> **Date: May 13, 2013** <br> **Time: 10:00 a. m.** <br> **Place: Court of District Judge Fitzgerald** |

| Uncontested Fact | Evidence of Fact |
|---|---|
| Personal jurisdiction, subject matter jurisdiction, and venue are proper in this case. | Uncontested |
| MasterCard and VISA's EMV systems have all the elements of claim 1 of the '464 patent. | Gussin Declaration at ¶¶ 3-11 and Exhibit 6 |
| MasterCard and VISA's EMV systems have all the elements of claim 5 of the '464 patent. | Gussin Declaration at ¶¶ 3-5, 12, and Exhibit 6 |
| MasterCard and VISA's EMV systems have all the elements of claim 6 of the '464 patent. | Gussin Declaration at ¶¶ 3-5, 13, and Exhibit 6 |
| MasterCard and VISA's EMV systems have all the elements of claim 7 of the '464 patent. | Gussin Declaration at ¶¶ 3-5, 14, and Exhibit 6 |
| MasterCard and VISA's EMV systems have all the elements of claim 11 of the '464 patent. | Gussin Declaration at ¶¶ 3-5, 15, and Exhibit 6 |
| MasterCard and VISA's EMV systems have all the elements of claim 13 of the '464 patent. | Gussin Declaration at ¶¶ 3-5, 16, and Exhibit 6 |
| The Dancs U.S. patent 6,108,789 does not anticipate the '464 patent. | Gussin Declaration at ¶ 18, and Exhibit 6 |

MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

| The Kleinrock U.S. patent 6,795,853 does not anticipate the '464 patent. | Gussin Declaration at ¶ 18, and Exhibit 6 |
|---|---|

Dated: March 26, 2013

Respectfully submitted,

WAGNER, ANDERSON & BRIGHT, PC

By: /s/ Patrick Bright
Patrick F. Bright (SBN 68709)
3541 Ocean View, Blvd.
Glendale, California 91208
Telephone: (818) 249-9300
Facsimile: (818) 249-9335

Attorneys for Plaintiff SMARTMETRIC INC.