UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMARTMETRIC, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MASTERCARD INTERNATIONAL INCORPORATED AND VISA INC.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 11-CV-7126 MWF (AJWx)<br><br>ORDER GRANTING SMARTMETRIC INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT OF U.S. PATENT 6,792,464 CLAIMS 1, 5-7, 11, AND 13, AND FOR DISMISSAL WITH PREJUDICE OF THE ANTICIPATION AFFIRMATIVE DEFENSE<br><br>Date: May 13, 2013<br>Time: 10:00 a. m.<br>Place: Court of District Judge Fitzgerald |

Having considered the captioned motion, the opposition, and reply, if any, and having heard oral argument thereon, this Court hereby rules that:

1. Defendant VISA's and Defendant MasterCard's accused EMV systems literally infringe claims 1, 5-7, 11 and 13 of Plaintiff's U.S. Patent 6,792,464; and
2. Defendants' affirmative defense of anticipation of claims 1, 5-7, and 13 of U.S. Patent 6,792,464 is dismissed with prejudice.

IT IS SO ORDERED.

DATE:

Michael W. Fitzgerald, District Judge