Patrick F. Bright (SBN 68709)
WAGNER, ANDERSON & BRIGHT, PC
3541 Ocean View Blvd.
Glendale, CA 91208
Tel: (818) 249-9300, Fax: (818) 249-9335
Email: pbright@patentattorney.us

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SMARTMETRIC, INC., | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 11-CV-7126 MWF (AJWx) |
| v. | |
| MASTERCARD INTERNATIONAL INCORPORATED AND VISA, INC. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 10-07 or any successor General Order and Local Rule 5-4, the following document(s) or item(s) will be manually filed. **List Documents:**

1. Memorandum In Support of Plaintiff Smartmetric Inc. Motion For Patial Summary Judgment of Infringement of U.S. Patent 6,792,464 Claims 1, 5-7, 11, and 13, And For Dismissal With Prejudice of the Anticipation Affirmative Defense; (see attached)

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other (1)Memorandum in support of Motion for Partial Summary Judgment, (2) Gussin Declaration, (3) Motion To File Under Seal; (4) Order Granting Motion To File Under Seal

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required ( *reason* ):

March 26, 2013
Date

Patrick F. Bright
Attorney Name

Plaintiff SmartMetric, Inc.
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (12/11)                                         NOTICE OF MANUAL FILING

**List Documents Cont.:**

2) Declaration Of Edward L. Gussin In Support Of Smartmetric's Motion For Partial Summary Judgment Of Infringement And For Dismissal With Prejudice Of The Anticipation Defense

3) Smartmetric Inc's Motion To File Under Seal Its Motion For Partial Summary Judgment Of Infringement Of U.S. Patent 6,792,464 Claims 1, 5-7, 11, and 13, And For Dismissal With Prejudice of the Anticipation Affirmative Defense;

4) Order Granting Smartmetric Inc's Motion To File Under Seal Its Motion For Partial Summary Judgment Of Infringement Of U.S. Patent 6,792,464 Claims 1, 5-7, 11, and 13, And For Dismissal With Prejudice of the Anticipation Affirmative Defense;