Patrick F. Bright (State Bar No. 68709)
**WAGNER, ANDERSON & BRIGHT PC**
3541 Ocean View Boulevard
Glendale, California 91208
Telephone: (818) 249-9300
Facsimile: (818) 249-9335
E-Mail: pbright@brightpatentlaw.com

*Attorneys for Plaintiff SmartMetric, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMARTMETRIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> MASTERCARD INTERNATIONAL INCORPORATED AND VISA INC., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. 11-CV-7126 MWF (AJWx) <br><br> DECLARATION OF PATRICK BRIGHT SUPPLEMENTING SMARTMETRIC INC.'S OPPOSITION TO DEFENDANTS' JOINT EX PARTE APPLICATION TO EXCLUDE THE REPORT AND DECLARATION OF PLAINTIFF'S EXPERT EDWARD GUSSIN FILED IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT OF U.S. PATENT 6,792,464 CLAIMS 1, 5-7, 11, AND 13, AND FOR DISMISSAL WITH PREJUDICE OF THE ANTICIPATION AFFIRMATIVE DEFENSE <br><br> Date: March 28, 2013 <br> Time: None <br> Place: 1600 Spring, Court of District Judge Michael W. Fitzgerald |

I, Patrick F. Bright, declare that:

1. I am trial counsel for Smartmetric, Inc. in the captioned case. I make this supplemental declaration in support of Smartmetric's opposition to Defendants' application to exclude the report (the "report") of Edward L. Gussin dated March 1, 2013, on the infringement and validity issues in this case, and the Gussin

-1-   **BRIGHT DECLAATION SUPPLEMENTING SMARTMETRIC'S ...**

declaration filed in support of Smartmetric's motion for partial summary judgment on 3/11/2013. Defendants have noticed Mr. Gussin for deposition on March 27, 2013.

2. On March 28, 2013, Defendants VISA and MasterCard deposed Edward Gussin under Fed. R. Civ. P. Rule 30 (b)(6) on the topics of infringement and validity in this case. During this deposition, Defendants marked and examined Mr. Gussin on his March 1, 2013 report on these same topics, and on his declaration filed in support of Plantiff's pending motion for partial summary judgment. I defended this deposition.

3. At the end of the deposition, Defendants said they had concluded their examination of Mr. Gussin. Defendants' assertion of alleged prejudice from the tardiness of Mr. Gussin's report was therefore dissipated.

4. I have agreed to continue with, and conclude the deposition of Chaya Hendrick in late April, 2013, at Defendants' convenience, to preclude any further assertions of prejudice.

Executed under penalty of perjury under the laws of the United States of America at Glendale, CA on March 28, 2013.

_____
Patrick F. Bright