Patrick F. Bright (State Bar No. 68709)
**WAGNER, ANDERSON & BRIGHT PC**
3541 Ocean View Boulevard
Glendale, California 91208
Telephone: (818) 249-9300
Facsimile: (818) 249-9335
E-Mail: pbright@brightpatentlaw.com

*Attorneys for Plaintiff SmartMetric, Inc.*

FILED
CLERK, U.S. DISTRICT COURT
MAR 27 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY
lodged proposed order

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMARTMETRIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> MASTERCARD INTERNATIONAL INCORPORATED AND VISA INC., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. 11-CV-7126 MWF (AJWx) <br><br> SMARTMETRIC INC.'S MOTION TO FILE UNDER SEAL ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT OF U.S. PATENT 6,792,464 CLAIMS 1, 5-7, 11, AND 13, AND FOR DISMISSAL WITH PREJUDICE OF THE ANTICIPATION AFFIRMATIVE DEFENSE <br><br> Date: May 13, 2013 <br> Time: 10:00 a.m. <br> Place: Court of District Judge Fitzgerald <br><br> FILED UNDER PROTECTIVE ORDER DOCKET #83 |

-1- PLAINTIFF'S MOTION TO FILE UNDER SEAL MOTION FOR SUMMARY JUDGMENT

Plaintiff Smartmetric, Inc. ("Plaintiff") moves this Court for an order for leave to file under protective seal its motion, under Rule 56(a), Fed. R. Civ. P., for partial summary judgment that Defendants' EMV systems literally infringe claims 1, 5-7, 11 and 13 of Plaintiff's U. S. patent 6,792,464 (the "'464 Patent") in suit, and to dismiss with prejudice Defendants' affirmative defense of anticipation.

In support of this motion, Plaintiff states as follows:

1. On February 8, 2013, the Court entered a protective order in this case. See Docket number 83. This order provides that motions including confidential or highly confidential documents must be filed under seal.

2. The captioned motion includes such documents, and some discussion of them. Plaintiff therefore seeks an order to file this motion under seal.

Dated: March 26, 2013

Respectfully submitted,

WAGNER, ANDERSON & BRIGHT, PC

By: _____
Patrick F. Bright (SBN 68709)
3541 Ocean View, Blvd.
Glendale, California 91208
Telephone: (818) 249-9300
Facsimile: (818) 249-9335

Attorneys for Plaintiff

SMARTMETRIC INC.

-2-   PLAINTIFF'S MOTION TO FILE UNDER SEAL MOTION FOR SUMMARY JUDGMENT

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2013, a copy of the foregoing:

DECLARATION OF EDWARD L GUSSIN IN SUPPORT OF SMARTMETRIC'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT AND FOR DISMISSAL WITH PREJUDICE OF THE ANTICIPATION DEFENSE;

SMARTMETRIC INC'S MOTION TO FILE UNDER SEAL ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT OF U.S. PATENT 6,792,464 CLAIMS 1, 5-7, 11, AND 13, AND FOR DISMISSAL WITH PREJUDICE OF THE ANTICIPATION AFFIRMATIVE DEFENSE;

MEMORANDUM IN SUPPORT OF PLAINTIFF SMARTMETRIC INC. MOTION FOR PATIAL SUMMARY JUDGMENT OF INFRINGEMENT OF U.S. PATENT 6,792,464 CLAIMS 1, 5-7, 11, AND 13, AND FOR DISMISSAL WITH PREJUDICE OF THE ANTICIPATION AFFIRMATIVE DEFENSE;

ORDER GRANTING SMARTMETRIC INC'S MOTION TO FILE UNDER SEAL ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT OF U.S. PATENT 6,792,464 CLAIMS 1, 5-7, 11, AND 13, AND FOR DISMISSAL WITH PREJUDICE OF THE ANTICIPATION AFFIRMATIVE DEFENSE

was served via U.S. mail on the following:

Joseph Melnik (State Bar No. 255601)
jmelnik@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:  (650) 739-3939
Facsimile:   (650) 739-3900

Attorneys for Defendant
Visa Inc.

Gary A. Clark (State Bar No. 65455)
gclark@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
Telephone:  (213) 620-1780
Facsimile:   (213) 620-1398

Attorneys for Defendant
MasterCard International Inc.

Dated:  March 27, 2013       /s/ Patrick F. Bright

Patrick F. Bright