UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES—GENERAL

Case No.   CV-11-7126-MWF (AJWx)             Date:  April 23, 2013
Title:     Smartmetric, Inc. v. Mastercard International, Inc. et al.

Present:  The Honorable MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

Attorneys Present for Plaintiff:      Attorneys Present for Defendant:
          Not Present                              Not Present

**Proceedings (In Chambers):**  ORDER RE DECLARATION OF PATRICK BRIGHT [116]

The Court is in receipt of the Declaration of Patrick Bright in Response to Judge Fitzgerald's Order Dated April 17, 2013. (Docket No. 116).  Although "Plaintiff sees no need to file more copies" of the Motion for Summary Judgment, partially filed as Docket No. 100, the fact remains that the portions of the Motion that Plaintiff attempted to file under seal were never electronically filed and were returned to counsel.  As a result, the entirety of the Motion for Summary Judgment is not available on the electronic docket or otherwise accessible.  Since the parties have agreed that these papers need not be filed under seal, the material must be electronically filed in compliance with the Local Rules.

Accordingly, the Court orders Plaintiff to file an Amended Motion for Summary Judgment, including those documents that Plaintiff previously attempted to file under seal, and notice the Amended Motion for the stipulated date of June 24, 2013.  Plaintiff shall also deliver mandatory chambers copies to the Court.

IT IS SO ORDERED.