Patrick F. Bright (State Bar No. 68709)
**WAGNER, ANDERSON & BRIGHT PC**
3541 Ocean View Boulevard
Glendale, California 91208
Telephone: (818) 249-9300
Facsimile: (818) 249-9335
E-Mail: pbright@brightpatentlaw.com

*Attorneys for Plaintiff SmartMetric, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMARTMETRIC, INC., | Case No. 11-CV-7126 MWF (AJWx) |
| Plaintiff, | SMARTMETRIC INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT OF U.S. PATENT 6,792,464 CLAIMS 1, 5-7, 11, AND 13, AND FOR DISMISSAL WITH PREJUDICE OF THE ANTICIPATION AFFIRMATIVE DEFENSE |
| v. | |
| MASTERCARD INTERNATIONAL INCORPORATED AND VISA INC., | |
| Defendants. | Date: June 24, 2013 |
| | Time: 10:00 a. m. |
| AND RELATED COUNTERCLAIMS | Place: Court of District Judge Fitzgerald |

-1-

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

1

2        Please take notice that Plaintiff Smartmetric, Inc. ("Plaintiff") will move this

3    Court, on June 24, 2013, under Rule 56(a), Fed. R. Civ. P., for partial summary

4    judgment that Defendants' EMV systems literally infringe claims 1, 5-7, 11 and 13

5    of Plaintiff's U. S. patent  6,792,464 (the "'464 Patent") in suit, and to dismiss with

6    prejudice Defendants' affirmative defense of anticipation. The place/time of this

7    motion is Judge Michael W. Fitzgerald's courtroom 1600 at 312 N. Spring Street,

8    Los Angeles, CA 90012, at 10:00 a.m.  The motion is based on Plaintiff's Notice

9    of Motion and Motion, Plaintiff's Memorandum in support of the motion, Edward

10   Gussin's declaration, Plaintiff's Statement of Uncontroverted Facts, Plaintiff's

11   proposed order granting the motion, opposing and reply pleadings, if any, and such

12   argument as this court may hear.

13

14   Dated:  April 24, 2013            Respectfully submitted,

15                              WAGNER, ANDERSON & BRIGHT, PC

16

17

18                          By: _____

19                          Patrick F. Bright (SBN 68709)

20                          3541 Ocean View, Blvd.

21                          Glendale, California 91208
                           Telephone: (818) 249-9300

22                          Facsimile: (818) 249-9335

23                          Attorneys for Plaintiff

24                          SMARTMETRIC INC.

25

26

27

28

                        -2-         **NOTICE OF MOTION FOR SUMMARY JUDGMENT**