UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 11-7126-MWF(AJWx)**                                Dated: June 24, 2013

Title:   SmartMetric, Inc. -v- MasterCard International Incorporated, et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

Rita Sanchez                                         Rosalyn Adams
Courtroom Deputy                                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Patrick F. Bright                                    Gary A. Clark
                                                     Joseph Melnik
                                                     Darren M. Franklin
                                                     Dennis J. Smith

PROCEEDINGS:            STATUS CONFERENCE

     Case called, and counsel make their appearance.   The Court hears argument from counsel and takes the matter under submission.

                                                     Initials of Deputy Clerk   rs
-1-                                                  :49  min