UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 11-7126-MWF(FMOx)**                              Dated: September **25, 2013**

Title:     SmartMetric, Inc. -*v*- MasterCard International Incorporated, et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| Rita Sanchez | Rosalyn Adams |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

|  |  |
|---|---|
| Patrick F. Bright | Gary A. Clark |
| Dan Friedman | Joseph Melnik |
| Kathleen P. March | Dennis J. Smith |
|  | Darren M. Franklin |
|  | Jason McDonell |

PROCEEDINGS:       MOTIONS FOR SUMMARY JUDGMENT
                   [100][118][119][122][129]


   The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

   Case called, and counsel make their appearance.  The Court hears oral argument from counsel and takes the matter under submission.


                                        Initials of Deputy Clerk   rs
                          -1-                      1:10  min