| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| 1. NAME<br>Dennis J. Smith | 2. PHONE NUMBER<br>(213) 617-5588 | 3. DATE<br>09/27/2013 | |
|---|---|---|---|
| 4. FIRM NAME: Sheppard Mullin Richter & Hampton | 5. E-MAIL ADDRESS: djsmith@sheppardmullin.com | | |
| 6. MAILING ADDRESS<br>333 S. Hope St., 43rd Floor | 7. CITY<br>Los Angeles | 8. STATE<br>CA | 9. ZIP CODE<br>90071 |
| 10. CASE NUMBER<br>CV 11-7126 MWF (AJWx) | 11. CASE NAME<br>SmartMetric, Inc. v. MasterCard International Incorporated, et al. | 12. JUDGE<br>Michael W. Fitzgerald | |
| 13. APPEAL CASE NUMBER | 14. ORDER FOR ☐ APPEAL ☐ NON-APPEAL ☐ CRIMINAL JUSTICE ACT<br>☐ IN FORMA PAUPERIS ☐ AUSA ☐ FPD ☐ OTHER _____ | | |

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| Sep 25, 2013 | Rosalyn Adams | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): 9/25/13 Summary Judgment Hearing |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1<br>(original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☑ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | | |

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

19. Transcription agency for digitally recorded proceedings:

20. Month:        Day:        Year:

Transcript payment arrangements were made with:

17. DATE: 09/27/2013

NAME OF OFFICIAL: _____

Payment of estimated transcript fees were sent on the following date:

18. SIGNATURE: /s/ Dennis J. Smith

Month:        Day:        Year:

G-120 (09/12)