JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMARTMETRIC INC., | Case No.: CV-11-7126-MWF (AJWx) |
| Plaintiff(s), | **JUDGMENT** |
| vs. | |
| MASTERCARD INTERNATIONAL INCORPORATED, and VISA INC., | |
| Defendant(s). | |

On October 2, 2013, the Court granted Defendants' Motion for Summary Judgment as to Non-infringement filed by Defendants Visa, Inc. and MasterCard International, Inc. (Docket No. 174). On October 9, 2013, Defendants submitted a Request for Dismissal of Counterclaims for Declaratory Judgment of Invalidity. (Docket No. 175). Finding that good cause exists for entry of a separate judgment under Rule 54 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendants Visa, Inc. and MasterCard International, Inc. shall have judgment

against Plaintiff SmartMetric, Inc. ("Plaintiff"), and that Plaintiff shall take nothing; and

**IT IS HEREBY FURTHER ORDERED** that the Counterclaims for Invalidity asserted by Defendants Visa, Inc. (Docket No. 25) and MasterCard International, Inc. (Docket No. 29), be dismissed without prejudice, and that neither Plaintiff nor Defendants are deemed a prevailing party under Rule 54 of the Federal Rules of Civil Procedure and Local Rule 54-1 as to those Counterclaims.

Dated:  October 16, 2013   _____
  MICHAEL W. FITZGERALD
  United States District Judge